*Dover Shipping* case, *supra*. Following our holding therein, the motion to dismiss is granted as to entry 502 with protest 83956–K.

Judgment will therefore be entered in favor of the plaintiff, directing the collector to reliquidate entries 367, 398, 401, 461, 3, 402, and 478, using as the basis for assessment of duty the foregoing weights agreed upon as the net weights. In all other respects, except as noted, the protests are overruled.

BEFORE THE FIRST DIVISION, OCTOBER 22, 1943

**No. 48903.**—Protest 811802–G/10596 of Missouri Pacific Railroad Co. (New Orleans).

Opinion by WALKER, J. At the hearing several affidavits and documents were offered in evidence by plaintiff but were denied admission by the court, following *Thornley* v. *United States* (19 C. C. P. A. 221, T. D. 45325). It appeared from a review of the record that the plaintiff offered no competent evidence to establish the actual quantity of lumber imported. An inspector of customs testified that he took three measurements, length, breadth, and height, but he could only say the amount indicated by such measurements did not exceed the amount specified on the consumption entry permit. On the record presented the protest was overruled.

**No. 48904.**—Protests 693550–G, etc., of Mon Hing & Co. et al. (New York).

Opinion by COLE, J. In accordance with stipulation of counsel and on the authority of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247) the merchandise was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained to this extent.

**No. 48905.**—Protests 871826–G, etc., of Kwong Yuen Shing et al. (New York).

Opinion by COLE, J. In accordance with stipulation of counsel and on the authority of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247) the merchandise was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained to this extent.

**No. 48906.**—Protest 37002–K of Mutual Supply Co. (Los Angeles).

Opinion by COLE, J. The protest was therefore dismissed.